UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE RAY LEWIS, SR., <br><br> Plaintiff, <br><br> v. <br><br> KARA LEGRAND, et al., <br><br> Defendants. | Case No. 3:24-cv-00532-ART-CLB <br><br> ORDER |

Plaintiff Willie Lewis, Sr. ("Plaintiff") submits two civil rights complaints (ECF Nos. 1-1, 1-5) under 42 U.S.C. § 1983. However, the two complaints contain different claims and defendants, and they do not cover the same factual occurrences. For example, the first complaint contains due process claims (*see generally* ECF No. 1-1), while the second complaint contains a deliberate indifference to a serious medical need claim and an equal protection claim (*see generally* ECF No. 1-5), among other claims. There is no indication that the second complaint is an amended complaint.

The Court will not piecemeal Plaintiff's complaints together from multiple filings. Plaintiff's operative complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. Accordingly, the Court gives Plaintiff until **June 2, 2025**, to either (1) tell the Court which complaint he intends to make the operative complaint for this action, or (2) file a single, complete amended complaint. If Plaintiff does not respond to this order, the Court will screen the initial complaint (ECF No. 1-1) and will not consider any allegations in the second complaint (ECF No. 1-5).

DATED THIS   2nd   day of May 2025.

_____
UNITED STATES MAGISTRATE JUDGE