# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In Re: WILLIE RAY LEWIS, JR. cases

Case No.  3:24-cv-00532-ART-CLB
3:25-cv-00222-MMD-CLB

**ORDER GRANTING**

**STIULATION OF**
**DISMISSAL WITH PREJUDICE**

Plaintiff, Willie Ray Lewis, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 27th day of October, 2025.

DATED this 27th day of October, 2025

AARON D. FORD
Attorney General

By:
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

WLLIE RAY LEWIS, SR.
*Plaintiff*

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

[1] DATED: December 31, 2025